```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JUDY KIRTON, et al.,                                       :
                                                           :
                              Plaintiffs,                  :
                                                           :            22-CV-8552 (VSB)
                -against-                                  :
                                                           :                ORDER
CONCEPTS OF INDEPENDENCE, INC.,                            :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiffs filed this action on October 7, 2022, (Doc. 1), and filed an affidavit of service on November 7, 2022, (Doc. 7). The deadline for Defendant to respond to Plaintiffs' complaint was November 22, 2022. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 30, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  November 23, 2022
     New York, New York

                       VERNON S. BRODERICK
                       United States District Judge